IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION - JACKSON

| | |
|---|---|
| **SYLVESTER COLE** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Docket No. 1:15-CV-01268 |
| ) | JURY DEMAND |
| **ALLSTATE INDEMNITY COMPANY and** ) | |
| **ALLSTATE INSURANCE COMPANY,** ) | |
| ) | |
| Defendants. ) | |

**STIPULATION BY THE PARTIES OF SETTLEMENT OF CASE AND FOR CASE TO BE DISMISSED WITH PREJUDICE**

The parties, as evidenced by the signatures of their counsel below, stipulate this case has been fully settled and compromised and the Court should enter an Order dismissing the plaintiff's case, including all claims for bad-faith and punitive damages, with prejudice to the refiling of same.

**APPROVED FOR ENTRY:**


  /s/ Gary A. Brewer
**GARY A. BREWER**
Registration No. 4678
**ALISHA M. TOLL**
Registration No. 25732
Attorneys for Defendants, Allstate Indemnity Company
and Allstate Insurance Company

**BREWER, KRAUSE, BROOKS
& CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787

A Cole Stip 160119

　/s/ Andrew V. Sellers
**ANDREW V. SELLERS**
Registration No. 19586
Attorney for Sylvester Cole

**PURCELL, SELLERS & CRAIG**
P.O. Box 10547
Jackson, TN 38308
731-300-0737

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2016, a copy of the foregoing Stipulation by the Parties of Settlement of Case and for Case to be Dismissed with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Andrew V. Sellers
PURCELL, SELLERS & CRAIG
P.O. Box 10547
Jackson, TN 38308
*Attorney for Sylvester Cole*

　　　　　　　　　　　　　　　　　　　　/s/ Gary A. Brewer
　　　　　　　　　　　　　　　　　　　**GARY A. BREWER**