# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**SYLVESTER COLE,**

    Plaintiff,

                                CASE NUMBER: 1:15-cv-1268-JDB-egb

v.

**ALLSTATE INDEMNITY COMPANY and**
**ALLSTATE INSURANCE COMPANY,**

    Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 2/26/2016, this case has been fully settled and compromised and this case is hereby DISMISSED, including all claims for bad-faith and punitive damages, with prejudice.

**APPROVED:**

                                        **s/J. Daniel Breen**
                                        **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**